UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| OLIVERIO CORTES ALONZO, | No. 1:25-cv-1519 WBS SCR |
| Petitioner, | |
| v. | ORDER |
| KRISTI NOEM, et al., | |
| Respondents. | |

----oo0oo----

      Petitioner Oliverio Cortes Alonzo has filed a second motion for temporary restraining order.  (Docket No. 20.) Respondents SHALL file any opposition to petitioner's motion no later than **January 22, 2026, at 12:00 p.m.**

      In their response, Respondents shall advise whether they agree that Petitioner is a member of the class certified in Maldonado Bautista v. Noem, No. 5:25-cv-01873 SSS BFM, 2025 WL 367485, at *1 (C.D. Cal. Dec. 18, 2025), and the effect of the judgment entered in that case on Petitioner's claim in this case. Respondents' response shall also address the effect whether this

1

1 | court may adjudicate Petitioner's second motion for temporary
2 | restraining while his appeal from the denial of his first motion
3 | for temporary restraining order is currently pending.  (See
4 | Docket Nos. 15, 16, 17.)
5 |     The court will then take the motion under submission
6 | and inform the parties if oral argument or further proceedings
7 | are necessary.
8 |     IT IS SO ORDERED
9 | Dated:  January 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2