UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| OLIVERIO CORTES ALONZO,<br><br>             Petitioner,<br><br>    v.<br><br>NOEM, et al.,<br><br>             Respondents. | No. 1:25-cv-01519-WBS-SCR<br><br>ORDER DENYING PETITIONER'S SECOND MOTION FOR TEMPORARY RESTRAINING ORDER |

----oo0oo----

Petitioner filed his first motion for temporary restraining order on November 12, 2025. (Docket No. 6.) The court issued an order denying that motion on November 17, 2025 (Docket No. 14). Petitioner subsequently filed notice of appeal from that order on November 19, 2025, which he later voluntarily dismissed on January 21, 2026. (See Docket Nos. 19, 22.)

On January 18, 2026, he filed a second motion for temporary restraining order, which is presently before the court. (See Docket No. 20.) In this petition, he requests that this

1

court order relief on one -- and only one -- ground:  that he is a member of the nationwide, declaratory relief class in Maldonado Bautista v. Santacruz, No. 5:25-cv-01873 SSS BFM (C.D. Cal. Dec. 18, 2025), and is therefore entitled to the relief ordered in that action.  Specifically, petitioner requests this court to order his immediate release from custody on bond, purportedly pursuant to the Maldonado Bautista court's orders in that litigation.  (See id. at 12.)

Assuming, but not deciding, that petitioner may file a second motion for temporary restraining order in the same case, as he has done here, he is nevertheless not entitled to relief on his second motion for the reasons this court explained in detail in its Memorandum and Order filed today in Ore Falcon v. Wofford, et al., No. 1:26-cv-00181 WBS EFB (E.D. Cal. Jan. 22, 2026).

IT IS THEREFORE ORDERED that petitioner's second motion for a temporary restraining order (Docket No. 20) be, and the same hereby is, DENIED.

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262, the case is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  January 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2